# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| KAREN DENISE SMITH, | ) | Case No. 18-10039-grs |
| Debtor(s) | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | GREGORY R SCHAAF |

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Lowes® ConsumerCreditCard [Last four digit of account:6036]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>Synchrony Bank
>c/o PRA Receivables Management, LLC
>PO Box 41021
>Norfolk, VA 23541
>Telephone: (877) 829-8298
>Facsimile: (757) 351-3257
>E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
February 25, 2018

>By: /s/ Valerie Smith
>
>Valerie Smith
>c/o PRA Receivables Management, LLC
>Senior Manager
>PO Box 41021
>Norfolk, VA 23541
>(877) 829-8298

Assignee Creditor: Lowes® ConsumerCreditCard [Last four digit of account:6036]